# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                             :   NO. 154
                                                   :
                                                   :   DISCIPLINARY RULES
FINANCIAL INSTITUTIONS APPROVED   :
AS DEPOSITORIES FOR FIDUCIARY     :   DOCKET
ACCOUNTS                                       :
                                                   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2017, it is hereby Ordered that the financial institutions named on the attached list are approved as depositories for fiduciary accounts in accordance with Pa.R.D.E. 221.